**FILED**

01/03/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 25-0010

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. OP 25-0010

JACOB DYLAN TROXEL,

      Petitioner,

v.

THIRTEENTH JUDICIAL DISTRICT COURT,
YELLOWSTONE COUNTY,
HONORABLE JESSICA T. FEHR, Presiding,

      Respondent.

## ORDER

Petitioner's counsel moved to withdraw the previously filed Writ of Supervisory Control. For good cause shown;

IT IS HEREBY ORDERED the Writ of Supervisory Control is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 3 2025